B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **HII Technologies, Inc.**                                                 Case No.
                                            Debtor(s)                              Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Registrar & Transfer Co.**<br>**342 East 900 South**<br>**Salt Lake City, UT 84111** | **American Registrar & Transfer Co.**<br>**342 East 900 South**<br>**Salt Lake City, UT 84111** | **Trade debt** | | **6,931.76** |
| **Broadridge ICS**<br>**P O Box 416423**<br>**Boston, MA 02241-6423** | **Broadridge ICS**<br>**P O Box 416423**<br>**Boston, MA 02241-6423** | **Trade debt** | | **23,101.78** |
| **Chickering, Ken**<br>**10302 Lynbrook Hollow**<br>**Houston, TX 77042** | **Chickering, Ken**<br>**10302 Lynbrook Hollow**<br>**Houston, TX 77042** | | | **5,000.00** |
| **Chickering, Ken**<br>**10302 Lynbrook Hollow**<br>**Houston, TX 77042** | **Chickering, Ken**<br>**10302 Lynbrook Hollow**<br>**Houston, TX 77042** | **Note** | | **183,000.00** |
| **Enterprise FM Trust**<br>**Enterprise Fleet Management**<br>**P O Box 800089**<br>**Kansas City, MO 64180** | **Enterprise FM Trust**<br>**Enterprise Fleet Management**<br>**P O Box 800089**<br>**Kansas City, MO 64180** | **Trade debt** | | **12,496.06** |
| **ERGOS Technology**<br>**3831 Golf Drive**<br>**Houston, TX 77018** | **ERGOS Technology**<br>**3831 Golf Drive**<br>**Houston, TX 77018** | **Trade debt** | | **6,992.29** |
| **Ham, Langston & Brezina, LLP**<br>**11550 Fuqua Ste 475**<br>**Houston, TX 77034** | **Ham, Langston & Brezina, LLP**<br>**11550 Fuqua Ste 475**<br>**Houston, TX 77034** | **Trade debt** | | **10,000.00** |
| **Hilco Valuation Services, LLC**<br>**25285 Network Place**<br>**Chicago, IL 60673-1252** | **Hilco Valuation Services, LLC**<br>**25285 Network Place**<br>**Chicago, IL 60673-1252** | **Trade debt** | | **25,527.30** |
| **Indeglia & Carney LLP**<br>**11900 Olympic Blvd Ste 770**<br>**Los Angeles, CA 90064** | **Indeglia & Carney LLP**<br>**11900 Olympic Blvd Ste 770**<br>**Los Angeles, CA 90064** | **Trade debt** | | **60,654.64** |
| **Jackson Walker, LLP**<br>**P O Box 130989**<br>**Dallas, TX 75313-0989** | **Jackson Walker, LLP**<br>**P O Box 130989**<br>**Dallas, TX 75313-0989** | **Trade debt** | | **29,838.11** |

B4 (Official Form 4) (12/07) - Cont.

In re  **HII Technologies, Inc.**  Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| L.L. Bradford Certified Public Accountans & Consultant 101 Parklane Blvd Ste 201 Sugar Land, TX 77478-5521 | L.L. Bradford Certified Public Accountans & Consultant 101 Parklane Blvd Ste 201 Sugar Land, TX 77478-5521 | Trade debt | | 23,760.00 |
| Malone & Bailey, LLP 9801 Westheimer Ste 1100 Houston, TX 77042 | Malone & Bailey, LLP 9801 Westheimer Ste 1100 Houston, TX 77042 | Trade debt | | 18,500.00 |
| MZHCI, LLC 5055 Avenida Encinas Ste 130 Carlsbad, CA 92008 | MZHCI, LLC 5055 Avenida Encinas Ste 130 Carlsbad, CA 92008 | Trade debt | | 50,049.05 |
| P3 Data Systems, Inc. P O Box 28497 New York, NY 10087-8497 | P3 Data Systems, Inc. P O Box 28497 New York, NY 10087-8497 | Trade debt | | 5,055.00 |
| PMB Helin Donovan 5918 W Courtyard Dr Ste 105 Austin, TX 78730 | PMB Helin Donovan 5918 W Courtyard Dr Ste 105 Austin, TX 78730 | Trade debt | | 7,400.00 |
| Source Capital Group, Inc. 276 Post Road West Westport, CT 06880 | Source Capital Group, Inc. 276 Post Road West Westport, CT 06880 | Trade debt | | 25,000.00 |
| Strasburger & Price, LLP P O Box 50100 Dallas, TX 75250-9989 | Strasburger & Price, LLP P O Box 50100 Dallas, TX 75250-9989 | Trade debt | | 38,031.95 |
| Sutherland Asbill & Brennan LLP 3700 First City Tower 1001 Fannin Street Houston, TX 77002-6760 | Sutherland Asbill & Brennan LLP 3700 First City Tower 1001 Fannin Street Houston, TX 77002-6760 | Trade debt | | 97,249.90 |
| Weaver and Tidwell, LLP 2821 West 7th Street Ste 700 Fort Worth, TX 76107 | Weaver and Tidwell, LLP 2821 West 7th Street Ste 700 Fort Worth, TX 76107 | Trade debt | | 25,000.00 |
| Womack, Leo 8638 La Fonte Street Houston, TX 77024 | Womack, Leo 8638 La Fonte Street Houston, TX 77024 | Board service | | 5,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **HII Technologies, Inc.**                                                           Case No. _____
                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 18, 2015**                    Signature  **/s/ Loretta R. Cross**
                                                          **Loretta R. Cross**
                                                          **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§  152 and 3571.