**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| APACHE ENERGY SERVICES, LLC | § | Chapter 11 |
|     Debtor | § | Case No. 15-60069 (DRJ) |
| | § | |
| In re: | § | |
| HII TECHNOLOGIES, INC. | § | Chapter 11 |
|     Debtor | § | Case No. 15-60070 (DRJ) |
| | § | |
| In re: | § | |
| AQUA HANDLING OF TEXAS, LLC | § | Chapter 11 |
|     Debtor | § | Case No. 15-60071 (DRJ) |
| | § | |
| In re: | § | |
| HAMILTON INVESTMENT GROUP | § | Chapter 11 |
|     Debtor | § | Case No. 15-60072 (DRJ) |
| | § | |
| In re: | § | |
| SAGE POWER SOLUTIONS, INC. f/k/a | § | Chapter 11 |
| KMHVC, INC. | § | Case No. 15-60073 (DRJ) |
|     Debtor | § | |
| | § | **(Joint Administration Requested)** |

**NOTICE OF EMERGENCY HEARING
ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that an emergency hearing is scheduled for **Tuesday, September 22, 2015 at 8:30 a.m.** (central time) before the **Honorable David R. Jones, 515 Rusk, Courtroom 400, Houston, Texas 77002** to consider the pleadings listed below (together, the "First Day Motions").

(1)    Debtors' Emergency Motion for Entry of an Order Directing Joint Administration;

(2)    Debtors' Emergency Motion for Authority to Implement Certain Notice Procedures;

1

(3)     Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral and Granting Adequate Protection to Prepetition Lender and (B) Scheduling a Final Hearing;

(4)     Debtors' Emergency Application to Employ Chief Restructuring Officer;

(5)     Debtors' Emergency Motion for Entry of an Order Authorizing Payment of Certain Prepetition (A) Wages, Salaries and Other Compensation; (B) Reimbursable Employee Expenses; (C) Employee Benefits;; and (D) Related Costs.

(6)     Debtors' Motion regarding Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

(7)     Debtors' Emergency Motion regarding Cash Management System.


Dated: September 19, 2015.

MCKOOL SMITH, P.C.

By:   _/s/ Hugh M. Ray, III_____
        Hugh M. Ray, III
        State Bar No. 24004246
        Christopher D. Johnson
        State Bar No. 24012913
        Benjamin W. Hugon
        State Bar No. 24078702
        600 Travis, Suite 7000
        Houston, Texas 77002
        Tel: 713-485-7300
        Fax: 713-485-7344

        *Proposed Counsel for the Debtors and Debtors-in-Possession*