IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **HII TECHNOLOGIES, INC.,** *et al.*[1] | § | **15-60070 (DRJ)** |
| **Debtors** | § | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2015, true and correct copies of the following documents were served (i) by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive such service; and (ii) on those parties on the attached service list by the method indicated and/or by overnight delivery via USPS Express Mail Service, within one business day of the filing of such documents:

(1) Debtors' Emergency Motion for Entry of an Order Directing Joint Administration;

(2) Debtors' Emergency Motion for Authority to Implement Certain Notice Procedures.

(3) Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral and Granting Adequate Protection to Prepetition Lender and (B) Scheduling a Final Hearing.

(4) Debtors' Emergency Application to Employ Chief Restructuring Officer;

(5) Debtors' Emergency Motion for Entry of an Order Authorizing Payment of Certain Prepetition (A) Wages, Salaries and Other Compensation; (B) Reimbursable Employee Expenses; (C) Employee Benefits;; and (D) Related Costs.

(6) Debtors' Motion regarding Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Apache Energy Services, LLC (4404); (ii) Aqua Handling of Texas, LLC (4480); (iii) HII Technologies, Inc. (3686); (iv) Sage Power Solutions, Inc. fka KMHVC, Inc. (1210); and (v) Hamilton Investment Group, Inc. (0150).

1

McKool 1123671v1

(7)    Debtors' Emergency Motion regarding Cash Management System.

(8)    Motion to Reject Certain Executory Contracts, Effective *Nunc Pro Tunc.*

(9)    Notice of Emergency Hearing of First Day Motions.

                            MCKOOL SMITH, P.C.

By:   */s/ Hugh M. Ray, III*
       Hugh M. Ray, III
       State Bar No. 24004246
       Christopher D. Johnson
       State Bar No. 24012913
       Benjamin W. Hugon
       State Bar No. 24078702
       600 Travis, Suite 7000
       Houston, Texas 77002
       Tel: 713-485-7300
       Fax: 713-485-7344

***Proposed Counsel for the Debtors and Debtors-in-Possession***

Attachment – Service List

McKool 1123671v1

# SERVICE LIST

**U.S. TRUSTEE:**
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002
*Via ECF system*

**SECURED CREDITORS:**
BCL-Equipment Leasing, LLC
450 Skokie Blvd Bldg 600
Northbrook, IL 60062

Heartland Bank
as Administrating Agent for Bank Group
1 Information Way Ste 300
Little Rock AR 72202

Nations Fund I, LLC
101 Merritt Seven 5th Floor
Norwalk, CT 06851

**20 LARGEST CONSOLIDATED:**
Bold Production Services
10880 Alcott Drive
Houston, TX 77043

Chickering, Ken
10302 Lynbrook Hollow
Houston, TX 77042

Enterprise FM Trust
Enterprise Fleet Management
P O Box 800089
Kansas City, MO 64180

Fischer Bush Equipment Rentals
155 Commerce Blvd
Loveland, OH 45140

GSS Construction & Oilfield Supply
4809 Hazel Jones Road
Bossier City, LA 71111

Hertz Equipment Rental
P O Box 650280
Dallas, TX 75265-0280

Howard Supply Company
Dept 312
P O Box 4869
Houston, TX 77210-4869

Holt CAT Power Systems
P O Box 911975
Dallas, TX 75391-1975

LHB Energy Consultants, LLC
P O Box 724
Monahans, TX 79756-0724

Nitro-Lift Technologies, LLC
P O Box 678456
Dallas, TX 75267-8456

Odessa Pump & Equipment
P O Box 60429
Midland, TX 79711-0429

SJ Water Solutions, LLC
813 Leach Street
Kilgore, TX 75662

Sunbelt Rentals Oil & Gas Services
P O Box 409211
Atlanta, GA 30384

Sunstream Services Co.
P O Box 514
Grandview, TX 76050

Sutherland Asbill & Brennan LLP
1001 Fannin Ste 3700
Houston, TX 77002-6760

McKool 1123671v1

Texas State Comptroller
Comptroller of Public Accounts
P O Box 149359
Austin, TX 78711-4935

Timekeepers, Inc.
41109 Interstate 10 West #C
Boerne, TX 78006

Titan Test Pumps
P O Box 1419
El Campo, TX 77437

United Rentals (North America), Inc.
P O Box 840514
Dallas, TX 75284-0514

WorldWide Power Products
5711 Brittmoore
Houston, TX 77041

**DIP LENDER:**
Heartland Bank
as Administrating Agent for Bank Group
1 Information Way Ste 300
Little Rock AR 72202

**SHAREHOLDERS:**
Mitchell Lukin
910 Louisiana Street
Houston, Texas 77002

William M. Hamilton
P.O. Box 1137
Guthrie, OK 73044

Sharon K. Hamilton
P.O. Box 1137
Guthrie, OK 73044

Brent Mulliniks
*Via email*

Billy Cox
*Via email*

Reserve Financial Corp.
Reserve Financial Corp
13310 Hempstead Highway
Houston, Texas 77040

Kenton Chickering III
10302 Lynbrook Hollow
Houston, TX 77042

**OTHERS:**
Magna Management LLC
5 Hanover Square
New York, NY 10004
Attn: Andrew Reggev, Vice President
Andrew.reggev@mag.na
Attn: Marc Manuel
Marc.manuel@mag.na

Kelley Drye & Warren LLP
Attn: Michael Adelstein
101 Park Avenue
New York, NY 10178
madelstein@kelleydrye.com
*Counsel for Series B Purchase Agreement*

Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street Ste 1900, Unit 18
Fort Worth, TX 76102

Internal Revenue Service
Department of the Treasury
Austin, TX 73301-0099

Arent Fox LLP
Attn: Mark Joachim
1717 K Street NW
Washington, DC 20006-5344
Mark.joachim@arentfox.com
*Counsel for DIP Lenders and McLarty Capital Partners SBIC, L.P.*

4

McKool 1123671v1

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
400 Skokie Blvd Ste 700
Northbrook, IL 60062
wschwartz@lplegal.com (served 9/21/15)
*Counsel for BCL-Equipment Leasing, LLC*

5

McKool 1123671v1