**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas 77002**
**Telephone: (713) 718-4650 x 241**
**Fax: (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| HII TECHNOLOGIES, INC., *et al.*, | § | 15-60070 (DRJ) |
| | § | (Chapter 11) |
| | § | |
| DEBTORS | § | (Jointly Administered) |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1. Power Reserve Corp.<br>Attn: Keith Paul<br>13310 Hempstead Hwy.<br>Houston, TX 77040<br>Tel. 713-783-8851<br>Fax 713-783-4027<br>E-Mail: adm@powerreservecorp.com | |

| | |
|---|---|
| 2. Bold Production Services, L.L.C.<br>   Attn: Austin Traweek<br>   10880 Alcott Drive<br>   Houston, TX  77043<br>   Tel. 832-320-2629<br>   Fax<br>   E-Mail: austin@bps-llc.com | |
| 3. Black Gold Energy, L.L.C.<br>   Attn: Darryl Roberts<br>   4117 Benbrook Hwy.<br>   Fort Worth, TX  76116<br>   Tel. 817-738-2886<br>    Fax 817-738-5548<br>    E-Mail:  darrylrroberts@me.com | |

Date: September 29, 2015               Respectfully Submitted,

                                              JUDY A. ROBBINS
                                              UNITED STATES TRUSTEE

                             By:     /s/ Hector Duran
                                     Hector Duran
                                     Texas Bar No. 00783996/Fed. ID No. 15243
                                     515 Rusk, Suite 3516
                                     Houston, Texas  77002
                                     Telephone:  (713) 718-4650 x 241
                                     Fax:  (713) 718-4670
                                     E-Mail: hector.duran.jr@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 29th day of September, 2015.

                                     /s/ Hector Duran
                                     Hector Duran