IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| HII TECHNOLOGIES, INC. | § § § | Case No. 15-60070 (DRJ) |
| Debtor. | § | (Jointly Administered) |

### NOTICE OF APPEARANCE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HII TECHNOLOGIES, INC. ET AL., AND REQUEST FOR NOTICES AND SERVICE OF ALL OTHER PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters its appearance on behalf of THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HII TECHNOLOGIES, INC., *ET AL.* (the "Committee") in the above-styled Chapter 11 bankruptcy cases (the "Bankruptcy Cases"), pursuant to the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, undersigned counsel hereby requests that all notices given or required to be given in the Bankruptcy Cases including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them, be given to and served at the following address, telephone and fax numbers:

HOU 1811637

> W. Steven Bryant
> Elizabeth M. Guffy
> LOCKE LORD LLP
> 600 Travis Street, Suite 2800
> Houston, Texas 77702
> (713) 226-1489
> (713) 226-1328
> (713) 229-2536 (fax)
> sbryant@lockelord.com
> eguffy@lockelord.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service of papers. Further, this request for notice shall not waive the Committee's:

(a) Right to have any and all final orders for any and all non-core matters entered only after a *de novo* review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury-trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of any matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which the Committee is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above-rights are reserved and preserved by the Committee without exception and shall not be waived, confessed, or conceded by filing this notice.

HOU 1811637

<u>Date</u>:  September 30, 2015.

          Respectfully submitted,

          LOCKE LORD LLP

          By:  */s/ W. Steven Bryant*
          W. Steven Bryant
          State Bar No. 24027413
          Federal I.D. No.  32913
          Elizabeth M. Guffy
          State Bar No. 08592525
          600 Travis Street, Suite 2800
          Houston, Texas  77002
          Phone:  (713) 226-1489
          Fax:  (713) 229-2536
          sbryant@lockelord.com
          eguffy@lockelord.com

          PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HII TECHNOLOGIES, INC., *ET AL.*

HOU 1811637

## CERTIFICATE OF SERVICE

I certify that, on September 30, 2015, a true and correct copy of the foregoing *Notice of Appearance* was served via ECF on all parties who receive service in these Bankruptcy Cases via electronic case filing.

>*/s/ W. Steven Bryant*
>W. Steven Bryant

HOU 1811637